ERVIN, COHEN & JESSUP, LLP
Eric Cheung, CA State Bar No. 235008
echeung@ecjlaw.com
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212
Telephone (310) 273-6333
Facsimile: (310) 859-2325

NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918*
nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
lukas@nka.com
Matthew Morgan, MN State No. 304657*
morgan@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
*Admitted Pro Hac Vice

Attorneys for Individual and Representative Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Terri Massoud, Jacqueline Ougel, and Joyce Spears, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Anderson Merchandisers, LP,<br><br>Defendants. | Case No. EDCV 09-00216 VAP (OPx)<br><br>**PLAINTIFFS' NOTICE OF FILING OF CONSENT FORM AND DECLARATION PURSUANT TO 29 U.S.C. § 216**<br><br>Hon. Virginia Phillips<br>Riverside Courthouse<br>Courtroom No. 2 |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file the attached Consent Form and Declaration for the following individuals, attached hereto as Exhibit A:

1. Mosley   Matthew.

Respectfully submitted,

**NICHOLS KASTER, LLP**

Dated: August 20, 2009

By: <u>s/Matthew H. Morgan</u>
Matthew H. Morgan
MHM/kvn

ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASS

# Exhibit A

PLAINTIFFS' NOTICE OF FILING OF CONSENT FORM AND DECLARATION

## ANDERSON MERCHANDISERS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Anderson Merchandisers as a Plaintiff to assert claims for unpaid wages and overtime pay. During the past three years, there were occasions when I worked over 40 hours per week for Anderson Merchandisers as a merchandiser or sales representative and did not receive overtime compensation.

*/s/ Matthew Mosley*   7/26/08
Signature              Date

Matthew Mosley
Print Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

# PROOF OF SERVICE

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

I am a resident of the State of Minnesota, over the age of eighteen years, and not a party to the within action. My business address is Nichols Kaster, PLLP, 80 South Eighth Street, Suite 4600, Minneapolis, MN 55402.

On August 20, 2009, I served the within document(s):

**Plaintiffs' Notice of Filing of Consent Form and Declaration Pursuant to 29 U.S.C. § 216; Exhibit A.**

on the person(s) at the address(es) listed below:

**SEE ATTACHED SERVICE LIST**

|   |   |
|---|---|
|   | ***VIA U.S. MAIL:*** By placing the document(s) listed in a sealed envelope(s) with postage thereon fully prepaid in the United States mail at San Francisco, California, addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit. |
|   | ***VIA FACSIMILE.*** I sent such document(s) by facsimile transmission on ___. I certify that said transmission(s) was/were completed, that all pages were received, and that a confirmation report was generated by facsimile machine phone number (415) 277-7238 |
|   | ***VIA PERSONAL DELIVERY.*** By causing delivery of the document(s) by way of Messenger Service by U.S. Mail |
| x | ***VIA ELECTRONIC COURT FILING (ECF)*** |
|   | ***VIA E-MAIL.*** I e-mailed the document(s) to all interested parties in this matter in the ordinary course of business on the date indicated herein. |
|   | ***VIA FEDERAL EXPRESS.*** I am readily familiar with the practice of this office for collection and processing of correspondence for next business day delivery by FedEx, and said correspondent is deposited with FedEx on this date in the ordinary course of the business. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 20th day of August, 2009, at Minneapolis, Minnesota.

s/Matthew H. Morgan
Matthew H. Morgan
MHM/kvn

## SERVICE LIST

| | |
|---|---|
| Daniel Coyle | dcoyle@downeybrand.com shartland@downeybrand.com courtfilings@downeybrand.com |
| Paul J. Lukas | lukas@nka.com assistant@nka.com |
| Donald H. Nichols | nichols@nka.com assistant@nka.com |
| Matthew H. Morgan | morgan@nka.com assistant@nka.com |